IDA KAPLAN, as Administratrix of the Estate of JACK KAPLAN, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 47694.)

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.